FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARCUS DRUMMER,

               Plaintiff,

   -vs-

7-ELEVEN, INC.,

               Defendant.

No.    2:26-CV-00179-JAG

ORDER DISMISSING
CASE WITH PREJUDICE

Pending before the Court is the parties Stipulated Motion to Dismiss with prejudice.  ECF No. 23.  Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that the parties' motion, **ECF NO. 23**, is **GRANTED.**  All claims by and between Plaintiff and Defendant in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any Party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED August 13, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1